1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    YOUNG YIL JO,                                   CASE NO. 1:08-cv-01633 AWI DLB PC

10                        Plaintiff,                 ORDER DISMISSING ACTION WITH
                                                     PREJUDICE
11          v.
                                                     (Doc. 1)
12   SIX UNKNOWN NAMES AGENTS, et al.,

13                        Defendants.
                                                   /
14

15          Plaintiff Young Yil Jo ("Plaintiff") is a prisoner in federal custody at the Federal Correctional

16   Institution in Greenville, Illinois.  To date, Plaintiff has filed more than one-hundred civil cases in

17   this district.  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1]

18   As with the multitude of previous actions filed by Plaintiff, the complaint in this action is rambling

19   and incoherent, and fails to state any cognizable claims under federal law.  Bell Atlantic Corp. v.

20   Twombly, 127 S.Ct. 1955, 1965 (2007).

21          This action is HEREBY DISMISSED, with prejudice.

22

23   IT IS SO ORDERED.

24   **Dated:    December 16, 2008              _____/s/ Anthony W. Ishii_____**
                                                CHIEF UNITED STATES DISTRICT JUDGE
25

26

27

28

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1